ROSALIE L. WALDO *v.* HORACE WALDO AND OTHERS.

SAME *v.* MARY A. H. WELSH AND OTHERS.

Orders affirmed, with ten dollars costs and disbursements.

---

THE UNION TRUST COMPANY, APPELLANT, *v.* UNION IRON COMPANY, RESPONDENT.

Order modified by increasing the allowance to the Trust Company to $500, and as so modified affirmed, without costs.

---

JAMES H. FERGUSON, RESPONDENT, *v.* CHARLES H. GREEN, APPELLANT.

Order affirmed, with ten dollars costs and disbursements.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL. WILLARD F. HAUSE, APPELLANT, *v.* THE BOARD OF POLICE COMMISSIONERS, RESPONDENT.

Order affirmed, with ten dollars costs and disbursements.

---

ALFRED LOW AND ANOTHER, RESPONDENTS, *v.* FRANCIS H. HART, APPELLANT.

Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL. GEORGE D. HENCKEN *v.* THE BOARD OF MANAGERS OF THE PRODUCE EXCHANGE.

Order affirmed, with ten dollars costs and disbursements.

---

JOHANNA GROTH, RESPONDENT, *v.* THOMAS J. WASHBURN, APPELLANT.

Judgment affirmed.

---

HENRY SIEBERT AND ANOTHER, APPELLANT, *v.* PETER J. VAN ALST, RESPONDENT.

Judgment reversed, new trial ordered, costs to abide the event.